IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA STABB, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action File No.<br>) 1:13-cv-00719-RLV |
| GMAC MORTGAGE, LLC,<br>FEDERAL HOME LOAN<br>MORTGAGE CORPORATION,<br>MORTGAGECLOSE.COM, INC.,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS,<br>INC., and DOES 1-6, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT FEDERAL HOME LOAN MORTGAGE
CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiff hereby voluntarily dismisses without prejudice the above-styled action as to Defendant Federal Home Loan Mortgage Corporation.

1

Respectfully submitted,

This 27th day of March, 2013.

                THOMPSON LAW GROUP, LLC

                */s/ Robert T. Thompson, Jr.*
                Robert Thompson, Jr., Esq.
                Georgia Bar No. 709750

                Mailing Address:
                THOMPSON LAW GROUP, LLC
                P.O. Box 53484
                Atlanta, Georgia 30355
                Telephone: (404) 816-0500
                Facsimile: (404) 816-6856
                rthompson@thomlaw.net

                Street Address:
                THOMPSON LAW GROUP, LLC
                Ivy Place
                3423 Piedmont Road, Suite 530
                Atlanta, Georgia 30305
                *Attorneys for Plaintiff Linda Stabb*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA STABB,<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, LLC,<br>FEDERAL HOME LOAN<br>MORTGAGE CORPORATION,<br>MORTGAGECLOSE.COM, INC.,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS,<br>INC., and DOES 1-6,<br><br>Defendants. | Civil Action File No.<br>1:13-cv-00719-RLV |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

Respectfully submitted,

This 27th day of March, 2013.

                                              THOMPSON LAW GROUP, LLC

                                              */s/ Robert T. Thompson, Jr.*
                                              Robert T. Thompson, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA STABB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GMAC MORTGAGE, LLC, ) <br> FEDERAL HOME LOAN ) <br> MORTGAGE CORPORATION, ) <br> MORTGAGECLOSE.COM, INC., ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, ) <br> INC., and DOES 1-6, ) <br> ) <br> Defendants. ) <br> ) | Civil Action File No. <br> 1:13-cv-00719-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been sent electronically via the ECF system to registered users who have appeared as counsel for the Defendants herein as follows:

>Alexandria J. Reyes
>Troutman & Sanders, LLP
>600 Peachtree Street, N.E., Suite 5200
>Atlanta, Georgia 30308
>*Counsel for Defendants GMAC Mortgage, LLC and*
>*Federal Home Loan Mortgage Corporation and*
>*Mortgage Electronic Registration Systems, Inc.*

This 27th day of March, 2013

                              THOMPSON LAW GROUP, LLC

                              */s/ Robert T. Thompson, Jr.*
                              Robert Thompson, Jr., Esq.
                              Georgia Bar No. 709750